# United States District Court
# District of Massachusetts

JENNIFER SMITH,
    Plaintiff,

v.                           CIVIL ACTION NO. 12-10274-RBC

SOLOMON AND SOLOMON, P.C.,
JULIE B. SOLOMON,
    Defendants.

## JUDGMENT

COLLINGS, U.S.M.J.

    The case came on before the Court on Defendants' Solomon And Solomon, P.C. And Julie B. Solomon Motion To Dismiss Plaintiff's Complaint And For Fees Under 15 USC Section 1692k (# 6).  In accordance with the Court's allowance of the motion in part on August 23, 2012,

    IT IS ORDERED AND ADJUDGED:

    Plaintiff's Complaint is DISMISSED.

    Defendants'...Motion...for Fees Under 15 USC Section 1692k is DENIED.

Costs to defendants.

                            SARAH ALLISON THORNTON
                            CLERK OF COURT

                            By: *Kathleen M. Dolan*
                            Kathleen M. Dolan,
                            Deputy Clerk

Dated at Boston, Massachusetts
this 27th  day of August, 2012.