UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 12CV10274

| | |
|---|---|
| Jennifer Smith, *<br>　　　　　Plaintiff * <br> * <br> * <br>vs. * <br> * <br>Solomon and Solomon, P.C. and * <br>Julie B. Solomon, * <br>　　　　　Defendants * <br> * | |

************************************

## *NOTICE OF APPEAL*

Notice is hereby given that Jennifer Smith, Plaintiff, in the above-named case hereby appeals to the United States Court of Appeals for the First Circuit from Order granting Defendant's Motion to Dismiss and Final Judgment of Dismissal entered in this action on the 27th day of August, 2012.

　　　　　　　　　　　　　　　　　　　　Jennifer Smith
　　　　　　　　　　　　　　　　　　　　By her Attorney,

Dated: September 21, 2012　　　　　　/s/ Roger Stanford
　　　　　　　　　　　　　　　　　　　　Roger Stanford, Esq.
　　　　　　　　　　　　　　　　　　　　STANFORD & SCHALL
　　　　　　　　　　　　　　　　　　　　100 Eighth Street
　　　　　　　　　　　　　　　　　　　　New Bedford, MA 02740
　　　   　　　　　　　　　　　　　　　 (508) 994-3393
　　　　　　　　　　　　　　　　　　　　BBO#: 476600